G.M., a minor, by and through his Guardian ad litem, Kevin R. Marchese, an individual, and Lyndi Marchese, an individual; et al., Plaintiffs—Appellants,

v.

DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; et al., Defendants—Appellees.

No. 11–15085.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 14, 2011.*

Filed Nov. 16, 2011.

Kevin Richard Marchese, Law Office of Kevin Marchese, Sacramento, CA, for Plaintiffs-Appellants.

Michelle Leigh Cannon, Esquire, Kronick, Moskovitz, Tiedemann & Girard, PC, Roseville, CA, Marcella Gutierrez, Gutierrez Law Group, Ava C. Yajima, Deputy General Counsel, California Department of Education, Sacramento, CA, for Defendants-Appellees.

Before: NOONAN and BEA, Circuit Judges, and WALTER, Senior District Judge.**

ORDER ***

This case is **DISMISSED** as moot given G.M.'s graduation from Dry Creek Joint Elementary School District.

G.M.'s request for judicial notice of the Further Excerpts of Record is denied. Dry Creek's motion to strike the Further

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Donald E. Walter, Senior District Judge for the U.S. District Court for Western Louisiana, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Excerpts of Record from the record is denied as moot.